**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY HONICKMAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, AMWEST FUNDING CORP., GERSOM SANCHEZ,<br><br>　　　　　　Defendants. | Case No. 2:25-cv-10542-MCS-BFM<br><br>**JUDGMENT** |

1

Pursuant to the Court's Order Dismissing Case for Lack of Subject-Matter Jurisdiction, it is ordered, adjudged, and decreed that this case is dismissed without prejudice. No party shall take anything from this action.

**IT IS SO ORDERED.**

Dated: November 10, 2025

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE